STEELE *v.* COCHRAN & ALLGOOD.

1. Though the verdict seems strongly against the weight of evidence, yet it being a second verdict in favor of the same party, and there being some slight evidence to support it, there was no abuse of discretion in overruling the *certiorari.*

2. The judgment being rendered at the December term of the justice's court, and the execution showing that it was rendered on the 20th of December, there was no variance between the execution and the judgment.          *Judgment affirmed.*

February 3, 1892.

Verdict. Judgment. Execution. Before Judge HAR-
RIS. Carroll superior court. April term, 1891.

Execution against Haney was levied on a bull which
was claimed by Steele. In the justice's court the issue
was twice tried, and both juries found against the claim-
ant. From the first verdict *certiorari* was sustained;
from the second it was overruled. The grounds of error
were, that the verdict was contrary to the evidence, and
that it was error to admit the execution in evidence over
claimant's objection that it did not follow the judgment.
The judgment was entered on the magistrate's docket
as rendered at the December term, 1884; the execution
did not recite that the judgment was rendered at that
term, but recited that it was rendered December 20,
1884.

REESE & COBB, for plaintiff in error.

J. L. COBB, by brief, *contra*.